IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01143-WJM-KLM

MICHAEL LAWRENCE,

    Plaintiff,

v.

BONAVENTURE OF CASTLE ROCK,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting December 27, 2022 Recommendation of United States Magistrate Judge [19] entered by United States District Judge William J. Martínez on January 13 2023, it is

ORDERED that Defendants' [10] Opposed Motion to Dismiss Plaintiff's Complaint is GRANTED. It is

FURTHER ORDERED that Plaintiff's [1] Complaint is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that this case is terminated. It is

FURTHER ORDERED that each party shall bear their own costs.

This case is closed.

DATED January 13, 2023, at Denver, Colorado.

                FOR THE COURT:

                Jeffrey P. Colwell, Clerk

                By:    s/H.Guerra
                          Deputy Clerk