IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01143-WJM-KAS

MICHAEL LAWRENCE,

    Plaintiff,

v.

BONADVENTURE OF CASTLE ROCK,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the [30] Order Adopting December 27, 2022 Recommendation of United States Magistrate Judge entered by United States District Judge William J. Martínez on October 23, 2023, it is

ORDERED that Plaintiff's [23] Objections are OVERRULED. It is

FURTHER ORDERED that Defendant's [10] Motion to Dismiss is GRANTED. It is

FURTHER ORDERED that Plaintiff's [1] Complaint is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that Plaintiff's [29] Motion to Amend Complaint is DENIED AS MOOT. It is

FURTHER ORDERED that judgment is entered in favor of Defendant Bonadventure of Castle Rock and against Plaintiff Michael Lawrence. It is

FURTHER ORDERED that each party shall bear their own fees and costs. It is

FURTHER ORDERED that this action be terminated.

This case is closed.

DATED October 23, 2023, at Denver, Colorado.

                FOR THE COURT:

                Jeffrey P. Colwell, Clerk

                By:    s/H.Guerra
                         Deputy Clerk